MAGISTRATE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KELLY HILTON,<br><br>　　　　Defendant. | NO. CR07-5341-JKA<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND PRETRIAL MOTIONS DUE DATE |

The Court, having considered the stipulation of the parties and the records and files of the case, hereby makes the following findings:

The Court finds that the ends of justice will be served by extending the pretrial motions cutoff date to allow for effective case preparation and negotiations between the parties.

IT IS THEREFORE ORDERED that the pretrial motions due date is extended from June 27, 2007 until July 11, 2007.

DONE this __27th__ day of June, 2007.

　　　　　　　　　　　　　　　　　　　　_s/ J Kelley Arnold_____
　　　　　　　　　　　　　　　　　　　　J. KELLEY ARNOLD
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Peter J. Avenia, WSBA No. 20794
Attorney for Kelly Hilton

s/ Barbara J. Sievers
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION TO
CONTINUE PRETRIAL MOTIONS DUE DATE
(Kelly Hilton; CR07-5341-JKA)　　　　　　-1-

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**